SCANNED

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MAINE

U.S. DISTRICT COURT
PORTLAND, MAINE
RECEIVED AND FILED

2007 JAN 18 A 11: 52

BY ______
DEPUTY CLERK

USA

v.

Criminal No. 05-85-P

LAURIE GILLILAND
a/k/a ALISA MEGGISON-KEIMEL

## ORDER

All of the judges in the District of Maine and the District of New Hampshire are recused from presiding over this case. Accordingly, the case shall be transferred to the District of Rhode Island.

The recusal of all of the judges of this court gives rise to an "emergency" with respect to the transferred case as that term is used in 28 U.S.C. § 636(f). I therefore concur in the assignment of a magistrate judge from the District of Rhode Island to perform the duties specified in 28 U.S.C. § 636(a)-(c).

SO ORDERED.

Dated: 1/18/07

George Z. Singal
Chief U. S. District Judge

## Concurring Order

I concur that an emergency exists as specified above and that for one duration of this case Magistrate Judge Lincoln D. Almond is assigned to perform such duties under 28 U.S.C. § 636(a)-(c) as may be assigned to him by the District Judge to whom this case is assigned.

Date:

Chief Judge, Assignee District